E-FILED
Friday, 27 May, 2005  02:33:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| THE GRIGOLEIT COMPANY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.  05- |
| ) | |
| WHIRLPOOL CORPORATION, ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

1. Pursuant to 28 U.S.C. § 1441, Defendant Whirlpool Corporation, by its attorneys David G. Lubben of Davis & Campbell L.L.C. and Mary C. Bonnema and Robert J. Eleveld, of McGarry Bair PC, hereby notices the removal to this Court of Case No. 05-L-52 from the Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois.  In support of this notice, Defendant states as follows.

2. On April 28, 2005, Defendant was served with a Summons and Complaint filed by Plaintiff The Grigoleit Company in the Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois.  The Complaint contains one count against Defendant alleging breach of a written, ten-year Patent License Agreement relating to two patents for knobs with decorative end caps.  (*See Complaint and License Agreement attached thereto, attached to this Notice as Exhibit A*).  The Patent License Agreement expired by its terms on September 2, 2003. (*Complaint, ¶2*)

3. Plaintiff contends that Defendant breached the agreement by purchasing "various appliance components" from suppliers other than Plaintiff during the ten-year course of the (now-expired) license agreement. (*Complaint, ¶¶ 11-12*) Plaintiff further contends that, as a consequence of this alleged breach, it lost the

|   |   |
|---|---|
|   | opportunity to sell appliance components to Defendant over this ten-year period of time, and it claims damages in the form of lost profits. (*Complaint, ¶ 15*) |
| 4. | Plaintiff is a citizen of the State of Illinois. (*Complaint, ¶ 1*) |
| 5. | Defendant is a citizen of the States of Delaware and Michigan. It is incorporated in the State of Delaware and its principal place of business is in the State of Michigan. (*See Declaration of John F. Colligan, Esq., attached as Exhibit B*). |
| 6. | This Court has original jurisdiction over this action pursuant to the diversity jurisdiction statute, 28 U.S.C. § 1332. ***First***, removal of this action is proper because complete diversity of citizenship exists between the plaintiff and the defendant. ***Second***, the amount in controversy exceeds $75,000. Plaintiff clearly and unequivocally admits that the amount in controversy in this matter exceeds $75,000, in a letter from Attorney Sam Postlewait dated May 12, 2005. (See, *Letter dated May 12, 2005, attached as Exhibit C*). See *Chase v. Shop-N-Save Warehouse Foods, Inc.*, 110 F.3d 424, 428 (7th Cir 1997) (in case for money damages, appropriate focus is on plaintiff's assessment of the value of its case); *Wilson v. Belin,* 20 F.3d 644, 651 n.8 (5th Cir. 1994) (letter from plaintiff's counsel stating that amount in controversy exceeded jurisdictional requirement sufficient to establish that removal was proper); *Preferred Fixture Mfg. Co. v. Sealed Air Corp.,* 2003 WL 22432938 at *2 (D. Conn. Oct. 22, 2003) (amount in controversy established in lost profits case where defense counsel sent request to plaintiff's counsel to learn amount in controversy and plaintiff's counsel responded that plaintiff was seeking more than $75,000). |
| 7. | To be clear, Defendant denies that the expired Patent License Agreement required it to purchase all appliance components from Plaintiff and denies any and all liability relative to Plaintiff's claims. |

8. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

9. This notice is timely filed pursuant to 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. § 1446(d), Defendant states that it shall promptly file a copy of this Notice with the Clerk of the Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois.

11. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in Case No. 05-L-52 are attached to this Notice of Removal as Exhibit A.

WHEREFORE, for the foregoing reasons, Defendant Whirlpool Corporation respectfully requests the removal of this action from the Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois to this Court.

DATED: May 27, 2005

**WHIRLPOOL CORPORATION,**
**Defendant**

By:  s/ **David G. Lubben**
David G. Lubben (Local counsel)
IL Bar Id. No. 6207729
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, IL 61602
(309) 673-1681
Fax (309) 673-1690
dglubben@dcamplaw.com

Mary C. Bonnema (General counsel)
Robert J. Eleveld
McGarry Bair PC
171 Monroe Ave., NW, Suite 600
Grand Rapids, MI 49503
(616) 742-3500
Fax: (616) 742-1010
mcb@mcgarrybair.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2005, I emailed the foregoing NOTICE OF REMOVAL to the Clerk of the Court for filing on the CM/ECF system which will send notification of such filing to the following attorney:

      R. Samuel Postlewait
      Winters, Featherstun, Gaumer, Postlewait, Stocks & Flynn
      P.O. Box 1760
      Decatur, IL 62525

      I further certify that on the same day, I mailed a physical copy of same to Mr. Postlewait by first class mail, postage prepaid, from Peoria, Illinois.

      /s/ David G. Lubben

G0169906

JS 44  (Rev. 11/04)                    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THE GRIGOLEIT COMPANY

## DEFENDANTS
WHIRLPOOL CORPORATION

(b) County of Residence of First Listed Plaintiff    MACON
     (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
     (IN U.S. PLAINTIFF CASES ONLY)
     NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
            LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
R. Samuel Postlewait
Winters, Featherstun, Gaumer, Postlewait, Stocks & Flynn
P.O. Box 1760
Decatur, IL 62525

Attorneys (If Known)
David G. Lubben
Davis & Campbell L.L.C.
401 Main, Suite 1600
Peoria, IL 61602

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- 1  U.S. Government Plaintiff
- 3  Federal Question (U.S. Government Not a Party)
- 2  U.S. Government Defendant
- X 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | X 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine / **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other |  | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability |  | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise |  | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 740 Railway Labor Act | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations / **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land |  530 General |  | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 444 Welfare / 535 Death Penalty |  |  | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other |  |  |  |
|  | 446 Amer. w/Disabilities - Other / 550 Civil Rights |  |  | 950 Constitutionality of State Statutes |
|  | 440 Other Civil Rights / 555 Prison Condition |  |  |  |

## V. ORIGIN    (Place an "X" in One Box Only)

- 1  Original Proceeding
- X 2  Removed from State Court
- 3  Remanded from Appellate Court
- 4  Reinstated or Reopened
- 5  Transferred from another district (specify)
- 6  Multidistrict Litigation
- 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:**    X Yes    ' No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE    5-27-2005

SIGNATURE OF ATTORNEY OF RECORD
s/ David G. Lubben

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.   Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**.          Example: U.S. Civil Statute: 47 USC 553
                                     Brief Description: Unauthorized reception of cable service

**VII.   Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.